IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORMA CECIBEL VILLEDA
CARDOZA,

      Petitioner,

  v.

PAMELA JO BONDI, Attorney General
of the United States; KRISTI NOEM,
Secretary of the U.S. Department of
Homeland Security; TODD LYONS,
Acting Director of Immigration and
Customs Enforcement; DAVID
EASTERWOOD, Acting Director, St.
Paul Field Office, Immigration and
Customs Enforcement; MATT IZZARD,
Sheriff of Douglas County, Wisconsin,

      Respondents.

Case No. 26-cv-35-jdp

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Normal Cecibel Villeda Cardoza granting her petition for a writ of habeas corpus under 28 U.S.C. § 2241. Respondent Matt Izzard is dismissed from this case. Within seven days, federal respondents Pamela Jo Bondi, Kristi Noem, Todd Lyons, and David Easterwood shall either release petitioner or provide her with a bond hearing before an immigration judge under 8 U.S.C. § 1226(a).

Approved as to form this 3rd day of February, 2026.


_____
James D. Peterson
District Judge


_____          _2/3/26_____
Joel Turner                                                  Date
Clerk of Court